# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VERNON BRADLEY,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | No. 1:16-CV-00962 |
| vs. | : | |
| | : | (Judge Rambo) |
| **JOSHUA SPELAS, et al.,** | : | |
| | : | |
| **Defendants** | : | |

# ORDER

**AND NOW**, **THIS** 28th day of June, 2017, in consideration of Defendants' motion to dismiss, or in the alternative, for summary judgment (Doc. No. 25), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT:**

1. Defendants' motion to dismiss, or in the alternative, for summary judgment (Doc. No. 25) is **GRANTED in part and DENIED in part**;

2. Defendants' motion is **GRANTED** as to Defendants Sgt. Heath, Lt. Lowry, and C.O. Heverly, and they are dismissed from this action;

3. Judgment will be entered in favor of Defendants Sgt. Heath, Lt. Lowry, and C.O. Heverly;

4. Defendants' motion is **FURTHER GRANTED** as to all claims of verbal harassment against Defendants C.O. Spelas, C.O. Rains, C.O. Rogers, and C.O. Rothrock; as to the claims of placing tobacco chew in Plaintiff's

meal tray against Defendants C.O. Spelas and C.O. Rains; and as to the claim of denial of access to the exercise yard and showers against Defendant C.O. Rains;

5. Plaintiff's Eighth Amendment claim against C.O. Spelas, C.O. Rains, and C.O. Rogers for banging on the property room gate outside of Plaintiff's cell is **DISMISSED** pursuant to the screening provisions of the PLRA for failure to state a claim;

6. Judgment will be entered in favor of Defendants C.O. Spelas, C.O. Rains, and C.O Rogers;

7. Defendants' motion is **DENIED** as to the claim against C.O. Rothrock that he pushed Plaintiff down the stairs;

8. **IT IS FURTHER ORDERED THAT** the remaining Defendant, C.O. Rothrock, in this action shall file an Answer to Plaintiff's Complaint within twenty-one (21) days of the date of this Order;

9. The Clerk of Court is **DIRECTED** to **DEFER** the entry of judgment until the conclusion of this case.

                                 s/Sylvia H. Rambo
                                 SYLVIA H. RAMBO
                                 United States District Judge

Dated: June 28, 2017